# EXHIBIT B

**Patent Claims Analysis**
**of**
**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**
**PaysafeCard Scan2pay**

# US9280689B2

United States

Inventor          Marvin T. Ling

Current Assignee  Individual

Worldwide applications

2011  WO  ~~EP~~  US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments
arrow_upward
101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *PaysafeCard Scan2pay* has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.<br><br> |



| | | |
|---|---|---|
| | | **Dictionary**<br><br>Definitions from Oxford Languages · **Learn more**<br><br>🔊 **trans·ac·tion**<br>/tranˈzakSHən,tran(t)ˈsakSHən/<br><br>*noun*<br>noun: **transaction**; plural noun: **transactions**<br><br>an instance of buying or selling something; a business deal.<br>"in an ordinary commercial transaction a delivery date is essential"<br><br>Similar: deal   business   agreement   undertaking   affair   arrangement   ⌄<br><br>• the action of conducting business.<br>Similar: negotiation   conduct   conducting   carrying out   performance   ⌄<br><br>• an exchange or interaction between people.<br>"intellectual transactions in the classroom"<br><br>• published reports of proceedings at the meetings of a learned society.<br>Similar: proceedings   affairs   concerns   dealings   matters   activities   ⌄<br><br>• an input message to a computer system that must be dealt with as a single unit of work.<br><br><*https://www.google.com/search?q=transaction+define*> @ 2025 |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *For example,*<br><br>**personal code**<br><br>**otpauth://totp/alessandro.voso%40paysafe.com?secret=WWKO7E4DDVNF6IRDJKCXQBOPI6YQF2ENDFTYG5EHU4ABU426UTXSO33RZ7UCR3HPDMDR7AIWXHBLJNTORZNH5G7YPKW5EMUAQZFJ5FXOPRER2KTLXMHADEKDTTCA5MJG&issuer=paysafecard%2BService%2BCenter**<br><br>*Decoded from the following QR code:* |

| | | |
|---|---|---|
| | | WELCOME TO THE PAYSAFECARD SERVICE CENTER<br><br>Insert Your One Time Password<br><br>Password <br><br>LOGIN<br><br>Your account is protected by a 2-step login. Activate it by scanning the code with the free Google Authenticator app. Instructions<br><br>*<https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_MRT_documentation.pdf>* |
| | | ***purchase goods***<br>Every online transaction is converted into a barcode that can be scanned and paid for in cash at over 200.000 partner locations in 29 countries. Your customers can make easy and secure cash payments for online <u>purchases</u> or bills, repay loans and mortgages, or make cash deposits to their personal bank account or wallet.<br>*<https://www.paysafe.com/en/ecash-paysafecard-paysafecash/>* @ 2025 |
| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | *For example,*<br><br>***personal code***<br><br>**otpauth://totp/alessandro.voso%40paysafe.com?secret=WWKO7E4DDVNF6IRDJK CXQBOPI6YQF2ENDFTYG5EHU4ABU426UTXSO33RZ7UCR3HPDMDR7AIWXHBLJNTOR ZNH5G7YPKW5EMUAQZFJ5FXOPRER2KTLXMHADEKDTTCA5MJG&issuer=paysafecar d%2BService%2BCenter**<br><br>*Decoded from the following QR code:* |



<*https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_MRT_documentation.pdf*>

*User ID Barcode*



<*https://www.paysafecard.com/en-sk/scan2pay/*>

***special character***

***"?"***

**otpauth://totp/alessandro.voso%40paysafe.com?secret=WWKO7E4DDVNF6IRDJK
CXQBOPI6YQF2ENDFTYG5EHU4ABU426UTXSO33RZ7UCR3HPDMDR7AIWXHBLJNTOR
ZNH5G7YPKW5EMUAQZFJ5FXOPRER2KTLXMHADEKDTTCA5MJG&issuer=paysafecar
d%2BService%2BCenter**

Decoded from the following QR code:



<*https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_MRT_
documentation.pdf*>

***product barcode***

***912 000 581 892 758 697 81***



*<https://www.paysafe.com/en/paysafecash-business/> © 2025*

| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *For example,*<br><br>***personal code***<br><br><span style="color:red">***otpauth://totp/alessandro.voso%40paysafe.com?secret=WWKO7E4DDVNF6IRDJK CXQBOPI6YQF2ENDFTYG5EHU4ABU426UTXSO33RZ7UCR3HPDMDR7AIWXHBLJNTOR ZNH5G7YPKW5EMUAQZFJ5FXOPRER2KTLXMHADEKDTTCA5MJG&issuer=paysafecar d%2BService%2BCenter***</span><br><br>*Decoded from the following QR code:* |



<*https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_MRT_documentation.pdf*>

*User ID Barcode*



<*https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_MRT_
documentation.pdf*>

***purchase goods***
Every online transaction is converted into a barcode that can be scanned and paid
for in cash at over 200.000 partner locations in 29 countries. Your customers can
make easy and secure cash payments for online purchases or bills, repay loans and
mortgages, or make cash deposits to their personal bank account or wallet.

<*https://www.paysafe.com/en/ecash-paysafecard-paysafecash/*> *@ 2025*

***User Vendor Management Server***
The payment notification is used to notify the business partner of the PIN assignation in the payment window,
independent of the customer's behavior. This service ensures that dispositions can be completed before topping
up the customer's account, and is therefore highly recommended in order to avoid transaction expiration. When
a customer enters a PIN in the payment window, our API sends a POST request to the pnUrl defined by the
business partner in the createDisposition request. To confirm successful delivery, our Payment Notification Server
awaits an HTTP-200 response. For transfer to a secured pnUrl (https), the most common certificate authorities are
stored in our certificate root store. A pnUrl with a registered port (:40) does not work.

<*https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_classi
c_payment_api_en.pdf*>

| 1.4 | (d) establishing a User Account in a User Vendor | *For example,* |

| | | |
|---|---|---|
| | Management Server corresponding to said personal code; | ***User Account***<br><br>The payment notification is used to notify the business partner of the PIN assignation in the payment window, independent of the customer's behavior. This service ensures that dispositions can be completed before topping up the <u>customer's account</u>, and is therefore highly recommended in order to avoid transaction expiration. When a customer enters a PIN in the payment window, our API sends a POST request to the pnUrl defined by the business partner in the createDisposition request. To confirm successful delivery, our Payment Notification Server awaits an HTTP-200 response. For transfer to a secured pnUrl (https), the most common certificate authorities are stored in our certificate root store. A pnUrl with a registered port (:40) does not work.<br><br>*<https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_classic_payment_api_en.pdf>*<br><br>***User Vendor Management Server***<br><br>The payment notification is used to notify the business partner of the PIN assignation in the payment window, independent of the customer's behavior. This service ensures that dispositions can be completed before topping up the customer's account, and is therefore highly recommended in order to avoid transaction expiration. When a customer enters a PIN in the payment window, our API sends a POST request to the pnUrl defined by the business partner in the createDisposition request. To confirm successful delivery, our <u>Payment Notification Server</u> awaits an HTTP-200 response. For transfer to a secured pnUrl (https), the most common certificate authorities are stored in our certificate root store. A pnUrl with a registered port (:40) does not work.<br><br>*<https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_classic_payment_api_en.pdf>*<br><br>***personal code***<br><br>***otpauth://totp/alessandro.voso%40paysafe.com?secret=WWKO7E4DDVNF6IRDJKCXQBOPI6YQF2ENDFTYG5EHU4ABU426UTXSO33RZ7UCR3HPDMDR7AIWXHBLJNTORZNH5G7YPKW5EMUAQZFJ5FXOPRER2KTLXMHADEKDTTCA5MJG&issuer=paysafecard%2BService%2BCenter***<br><br>*Decoded from the following QR code:* |



| | | |
|---|---|---|
| | | <*https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_MRT_documentation.pdf*> |
| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *For example,* |

*User Account*
The payment notification is used to notify the business partner of the PIN assignation in the payment window, independent of the customer's behavior. This service ensures that dispositions can be completed before topping up the customer's account, and is therefore highly recommended in order to avoid transaction expiration. When a customer enters a PIN in the payment window, our API sends a POST request to the pnUrl defined by the business partner in the createDisposition request. To confirm successful delivery, our Payment Notification Server awaits an HTTP-200 response. For transfer to a secured pnUrl (https), the most common certificate authorities are stored in our certificate root store. A pnUrl with a registered port (:40) does not work.

<*https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_classic_payment_api_en.pdf*>

*depositing funds*
Champion financial inclusion and reach new customers by securely accepting payments and account deposits in cash.

<*https://www.paysafe.com/en/paysafecash-business/*> *© 2025*

*credit limit*

| | | |
|---|---|---|
| | | Once a registration is successfully completed, the customer has automatically a „**Standard**" account.  In this case, the following types of limits apply:<br>• Monthly top-up limit: maximum amount a customer can load per month, including account credits (payouts) from merchants<br>• Monthly payment limit: maximum amount a customer can spend per month<br>• Maximum top-up & payment limit: lifetime top-up & spending (payment) limits<br>• <u>Credit balance limit</u>: account balance limit at any given time<br><br><*https://www.paysafecard.com/fileadmin/B2B/Downloads/psc_account_product_folder.pdf*> |
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | For example,<br><br>***product price***<br><br><br><br><*https://www.paysafe.com/en/paysafecash-business/*> © 2025 |
| | | ***User ID Barcode*** |



<*https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_MRT_documentation.pdf*>

*product barcode*

*912 000 581 892 758 697 81*



<*https://www.paysafe.com/en/paysafecash-business/*> *© 2025*

*scanner*



*<https://www.paysafe.com/en/paysafecash-business/> © 2025*

***vendor cash register***

# Scan and pay

The cashier at the payment point scans the barcode and settles the amount — it's that simple.

*<https://www.paysafe.com/en/paysafecash-business/> © 2025*

| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *For example,* |
| | | ***User ID Barcode*** |



<*https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_MRT_documentation.pdf*>

*purchase price*



*<https://www.paysafe.com/en/paysafecash-business/> © 2025*

**User Vendor Management Server**

The payment notification is used to notify the business partner of the PIN assignation in the payment window, independent of the customer's behavior. This service ensures that dispositions can be completed before topping up the customer's account, and is therefore highly recommended in order to avoid transaction expiration. When a customer enters a PIN in the payment window, our API sends a POST request to the pnUrl defined by the business partner in the createDisposition request. To confirm successful delivery, our Payment Notification Server awaits an HTTP-200 response. For transfer to a secured pnUrl (https), the most common certificate authorities are stored in our certificate root store. A pnUrl with a registered port (:40) does not work.

*<https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_classic_payment_api_en.pdf>*

| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *For example,*<br><br>**purchase price** |
|---|---|---|



*<https://www.paysafe.com/en/paysafecash-business/> © 2025*

***User Vendor Management Server***

The payment notification is used to notify the business partner of the PIN assignation in the payment window, independent of the customer's behavior. This service ensures that dispositions can be completed before topping up the customer's account, and is therefore highly recommended in order to avoid transaction expiration. When a customer enters a PIN in the payment window, our API sends a POST request to the pnUrl defined by the business partner in the createDisposition request. To confirm successful delivery, our Payment Notification Server awaits an HTTP-200 response. For transfer to a secured pnUrl (https), the most common certificate authorities are stored in our certificate root store. A pnUrl with a registered port (:40) does not work.

*<https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_classic_payment_api_en.pdf>*

***credit limit***

Once a registration is successfully completed, the customer has automatically a „**Standard**" account.  In this case, the following types of limits apply:

- Monthly top-up limit: maximum amount a customer can load per month, including account credits (payouts) from merchants
- Monthly payment limit: maximum amount a customer can spend per month
- Maximum top-up & payment limit: lifetime top-up & spending (payment) limits
- Credit balance limit: account balance limit at any given time

*<https://www.paysafecard.com/fileadmin/B2B/Downloads/psc_account_product_folder.pdf>*

***approval signal***



| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | |

<table>
<tr><td></td><td></td><td>

# Scan and pay

The <u>cashier at the payment point</u> scans the barcode and settles the amount — it's that simple.

<*https://www.paysafe.com/en/paysafecash-business/*> © 2025
</td></tr>
<tr><td>1.10</td><td>(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.</td><td>

*For example,*

***purchase transactions***

The payment notification is used to notify the business partner of the PIN assignation in the payment window, independent of the customer's behavior. This service ensures that dispositions can be completed before topping up the customer's account, and is therefore highly recommended in order to avoid <u>transaction</u> expiration. When a customer enters a PIN in the payment window, our API sends a POST request to the pnUrl defined by the business partner in the createDisposition request. To confirm successful delivery, our Payment Notification Server awaits an HTTP-200 response. For transfer to a secured pnUrl (https), the most common certificate authorities are stored in our certificate root store. A pnUrl with a registered port (:40) does not work.

<*https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_classic_payment_api_en.pdf*>

***User ID Barcode***
</td></tr>
</table>

<*https://www.paysafecard.com/fileadmin/Website/Dokumente/B2B/paysafecard_MRT_documentation.pdf*>

- ***PRODUCT/SERVICE = "PaysafeCard Scan2pay"***

- ***approval signal = "receipt"***
- ***credit limit = "Credit balance limit"***
- ***depositing funds = "account deposits in cash"***
- ***personal code = "otpauth://totp/alessandro.voso%40paysafe.com?secret=WWKO7E4DDVN F6IRDJKCXQBOPI6YQF2ENDFTYG5EHU4ABU426UTXSO33RZ7UCR3HPDMDR7 AIWXHBLJNTORZNH5G7YPKW5EMUAQZFJ5FXOPRER2KTLXMHADEKDTTCA5 MJG&issuer=paysafecard%2BService%2BCenter"***
- ***product barcode = SEE IMAGE***
- ***product price = "50,00 EUR"***
- ***purchase goods = "purchases"***
- ***purchase price = "50,00 EUR"***
- ***purchase transactions = "transaction"***
- ***scanner = SEE IMAGE***
- ***special character = DIFFERENT CODES, "?"***
- ***User Account = "customer's account"***
- ***User ID Barcode = SEE IMAGE***
- ***User Vendor Management Server = "Payment Notification Server"***

|  |  | <ul><li>***vendor cash register = "cashier at the payment point"***</li><li>***vendor server = "Payment Notification Server"***</li></ul> |
| --- | --- | --- |