**IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** § § § | |
| *Plaintiff,* § § | Case No. 7:25-cv-00405 |
| v. § § | JURY DEMAND |
| **PAYSAFECARD.COM USA INC.,** § § | |
| *Defendant.* § § | |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Jon B. Hyland, enters his appearance as lead counsel in the above-referenced proceeding for Defendant Paysafecard.com USA Inc. ("Defendant").

Defendant respectfully requests that the Court take note of this Notice of Appearance and make Jon B. Hyland lead counsel of record for Defendant in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings should be emailed or faxed to Jon B. Hyland as counsel at the address set forth below:

    Jon B. Hyland
    HILGERS GRABEN
    7859 Walnut Hill Lane, Suite 335
    Dallas, Texas 75230
    Phone:  (972) 645-3097
    E-mail:  jhyland@hilgersgraben.com

Dated: October 10, 2025                          Respectfully submitted,

                                                 */s/ Jon Hyland*

                                                 Jon Hyland
                                                 Texas Bar No. 24046131
                                                 HILGERS GRABEN PLLC
                                                 7859 Walnut Hill Lane, Suite 335
                                                 Dallas, TX 75230
                                                 Telephone: (972) 645-3097
                                                 Facsimile: (402) 413-1880
                                                 jhyland@hilgersgraben.com

                                                 **ATTORNEYS FOR DEFENDANT PAYSAFECARD.COM USA INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system and pursuant to the Local Rules on October 10, 2025, upon counsel of record for the parties.

                                                 */s/ Jon Hyland*
                                                 Jon Hyland

2