IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **PAYSAFECARD.COM USA INC.,** § <br> § <br> *Defendant.* § <br> § | Case No. 7:25-cv-00405 <br><br> JURY DEMAND |

## DEFENDANT PAYSAFECARD.COM USA INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Defendant Paysafecard.com USA Inc. ("Defendant") moves for a thirty (30) day extension of time to respond to Plaintiff's Complaint.

Defendant's current deadline to respond to Plaintiff's Complait is currently October 17, 2025.

By this motion, Defendant respectfully requests a 30-day extension of time, until November 17, 2025, to respond. This extension is being requested for good cause due to counsel's pre-existing commitments and is not intended to delay the proceedings. Counsel for Defendant has conferred with counsel for Plaintiff and Plaintiff does not oppose this request for extension.

This extension does not change the date of any hearing, trial or other Court date.

Dated: October 10, 2025

Respectfully submitted,

*/s/ Jon Hyland*

Jon Hyland
Texas Bar No. 24046131
HILGERS GRABEN PLLC

1

7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone: (972) 645-3097
Facsimile: (402) 413-1880
jhyland@hilgersgraben.com

**ATTORNEYS FOR DEFENDANT
PAYSAFECARD.COM USA INC.**

### CERTIFICATE OF CONFERENCE

The undersigned certifies that on October 1, 2025, counsel for Defendant conferred with counsel for Plaintiff and that Plaintiff was not opposed to the foregoing Defendant Unopposed Motion for Extension of Time to Answer.

*/s/ Jon Hyland*
Jon Hyland

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system and pursuant to the Local Rules on October 10, 2025, upon counsel of record for the parties.

*/s/ Jon Hyland*
Jon Hyland