IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § |
| *Plaintiff,* | § |
| v. | § CASE NO. 7:25-CV-00405-DC-DTG |
| **PAYSAFECARD.COM USA INC.,** | § |
| *Defendant,* | § |

**ORDER GRANTING FIRST MOTION FOR EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT (DKT. NO. 11)**

Before the Court is the defendant, Paysafecard.com USA Inc.'s first unopposed motion for an extension of time to respond to the complaint (Dkt. No. 11). The defendant requests a thirty (30) day extension of time to respond to the plaintiff's complaint. Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that the defendant, Paysafecard.com USA Inc., shall respond to the complaint on or before November 17, 2025.

**SIGNED** this 15th day of October, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE