IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| Wolverine Barcode IP LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 7:25-cv-405 |
| Paysafecard.com USA Inc., | § § | JURY TRIAL DEMANDED |
| *Defendant*. | § § § | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Paysafecard.com USA Inc. submits the following statement of their corporate interests under Rule 7.1 of the Federal Rules of Civil Procedure.

Paysafecard.com USA Inc. is wholly owned by Paysafecard.com Wertkarten GmbH. Paysafecard.com Wertkarten GmbH is wholly owned by Sabemul Beteilingungsver Waltungs GmbH. Sabemul Beteilingungsver Waltungs GmbH is wholly owned by Paysafe Holdings UK Limited. Paysafe Holdings UK Limited is wholly owned by Paysafe Group Holdings III Limited. Paysafe Group Holdings III Limited is wholly owned by Paysafe Group Holdings II Limited. Paysafe Group Holdings II Limited is wholly owned by PI Jersey Holdco 1.5 Limited. PI Jersey Holdco 1.5 Limited is wholly owned by Paysafe Bermuda Holding LLC (Bermuda) 2. Paysafe Bermuda Holding LLC (Bermuda) 2 is wholly owned by Paysafe Limited. Paysafe Limited is a publicly traded company.

Dated: November 17, 2025                        Respectfully submitted,

                                                HILGERS GRABEN PLLC

                                    By:   */s/ Jon Hyland*
                                          Jon B. Hyland
                                          Texas State Bar No. 24046131
                                          Telephone: 972-645-3097
                                          jhyland@hilgerslaw.com

                                          8750 N. Central Expy.
                                          Suite 750
                                          Dallas, TX 75231
                                          Fax: 402-413-1880

                                          **ATTORNEY FOR DEFENDANT**
                                          **PAYSAFECARD.COM USA INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2025 a true and correct copy of the foregoing was served in accordance with Federal Rule of Civil Procedure 5.

                                          */s/ Jon Hyland*
                                          Jon Hyland