# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| Wolverine Barcode IP LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 7:25-cv-405 |
| Paysafecard.com USA Inc., | § § | JURY TRIAL DEMANDED |
| *Defendant*. | § § § | |

## **DECLARATION OF NEIL SCHNURBACH**

I, Neil Schnurbach, declare and state as follows:

1. I serve as Senior Vice President of Litigation for Paysafe Group which includes Paysafecard.com USA Inc. ("Paysafecard.com"), defendant in the above captioned action, being an entity over which I perform services. I have personal knowledge of the facts set forth in this declaration, or access to Paysafecard.com's corporate information and records allowing me to confirm these facts. If called as a witness, I could and would testify competently to these facts under oath.

2. Paysafecard.com is a Delaware corporation with its principal place of business in Jacksonville, Florida.

3. Paysafecard.com has never had an established place of business in the Western District of Texas.

4. From January 31, 2021 to July 31, 2023, Paysafe Payment Processing Solutions LLC, a sister company of Paysafecard.com, operated an office located at 1725 Hughes Landing Blvd., The Woodlands, Texas 77380 (the "Woodlands Facility"). Previous to the operation of the

Woodlands Facility, Paysafe Payment Processing Solutions, LLC operated an office at 128 Vision Park, The Woodlands, Texas which was closed upon the move to the Woodlands Facility.

5. On July 31, 2023, the Woodlands Facility was permanently closed.

6. In the past, Paysafe Payment Processing Solutions LLC, a sister company of Paysafecard.com, rented a Post Office Box at P.O. Box 8339, The Woodlands, TX 77387-8339 (the "PO Box").

7. Through information and belief, on or about July 31, 2023 Paysafe Payment Processing Solutions LLC discontinued use of the PO Box. The PO Box is not currently in use, nor was it in use as of September 4, 2025.

8. On September 4, 2025, the date that this lawsuit was filed, neither Paysafecard.com nor any company in Paysafe Group had a regular and established place of business in the Western District of Texas (or the Southern District of Texas), nor did Paysafecard.com have any employees in the Western District of Texas.

9. Scan2Pay is not available in the United States.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on this the 17th day of November, 2025 in Montreal, Canada.

_____
Neil Schnurbach