IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | NO. | MO:25-CV-000405 |
| § | | |
| **PAYSAFECARD.COM USA, INC.,** § | | |
| *Defendant.* § | | |

## ORDER

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 19) filed December 15, 2025. In its notice, Plaintiff voluntarily dismisses claims against the Defendant without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id*.). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action with a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015). Each party shall bear its own costs, expenses, and attorney fees. All pending motions, if any, are **DENIED** as **MOOT**.

The Court therefore **ORDERS** the Clerk of Court **CLOSE** this action.

It is so **ORDERED**.

**SIGNED** this 15th day of December, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE